JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 12, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JACQUELINE ELISE FENAROLI,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER K. STICKLEMAN, SGT. REID, SGT. GRUWELL, MIKE BARAY, SEAN HADDEN, RICK DUDLEY, CITY OF MURRIETA, MURRIETA POLICE DEPARTMENT, JOHN DOE #1, JOHN DOE #2, and TEN UNKNOWN NAMED DEFENDANTS ["DOES 1-10], inclusive,<br><br>Defendants. | Case No.: 5:15-cv-01699 VAP (KKx)<br><br>**JOINT [PROPOSED] JUDGMENT**<br><br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips<br><br>Complaint Filed: August 21, 2015<br>Trial Date: May 16, 2017 |
|---|---|

Pursuant to the Court's April 12, 2017 order on defendants' motion for summary judgment or partial summary judgment [Doc. No. 122], summary adjudication is found in favor of defendant Reid and plaintiff shall take nothing from defendant Reid.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is entered in favor of plaintiff and against defendant City of Murrieta as follows:

    1.    For $151,515, which amount includes all recoverable damages, costs, attorney's fees and pre-judgment interest.

///

2. This judgment is in full satisfaction of all claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants City of Murrieta, Officer Kurt Stickelman, and any past or present City of Murrieta department, official, employee, or agent, in connection with the facts and circumstances giving rise to plaintiff's lawsuit.

3. This judgment constitutes a release and plaintiff releases and discharges defendants City of Murrieta, Officer Kurt Stickelman, their successors or assigns, and any past and present City of Murrieta department, official, employee, or agent from any and all claims that were or could have been alleged by plaintiff in this lawsuit.

4. Plaintiff waives all appellate rights

The action is dismissed with prejudice as to all remaining defendants.

Dated: May 12, 2017

*Virginia A. Phillips*
Hon. Virginia Phillips
Chief United States District Judge